A. Alliance Collection Agency Inc.
4180 RFD Route 83 Ste. 208
Long Grove IL  60047-9582


Aero Group Inc.
216 E. Stephenson St.
Freeport  IL  61032


Afni, Inc.
404 Brock Drive
Bloomington  IL  61701


Alpine Bank and Trust Co.
1700 N. Alpine Rd.
Rockford  IL  61107


Asset Acceptance LLC
PO Box 2036
Warren  MI  48090-2036


AT&T
6270 E. State St.
Rockford  IL  61108


AT&T Mobility
PO Box 6416
Carol Stream  IL  60197


ATG Credit, LLC
PO Box 14895
Chicago  IL
60614-4895


CACH, LLC
4340 S. Monaco, 2nd Floor
Denver, CO 80237

Capital One
PO Box 30281
Salt Lake City   UT   84130


Capital One Best Buy
PO Box 5253
Carol Stream   IL   60197


CBCS
PO BOX 163250
Columbus   OH 43216


CBE Group
131 Tower Park Dr.
Suite 100
Waterloo  IA   50701


CCS Collections
159 SE 2nd
PO Box 713
Hillsboro   OR   97123-0713


Chase Bank USA
Attn: Correspondence Dept.
PO Box 15298
Wilmington   DE   19850-5298


Citibank
225 West Virginia Street
Crystal Lake   IL   60014


CitiMortgage
PO Box 183040
Columbus,   OH 43218-3040


Comenity Bank
PO Box 182273
Columbus, OH 43218

Cornerstone CU
550 W. Meadows Dr.
Freeport  IL 61032


Cornerstone CU
550 W. Meadows Drive
Freeport  IL  61032


Credit Control  LLC
5757 Phantom Dr.  Suite 330
Hazelwood  MO  63042


Credit One Bank
PO Box 98873
Las Vegas NV  89193


Creditors Protection SVC
202 W. State St.  Suite 300
Rockford  IL  61101


Decatur Athletic Club
101 W. South Side Dr.
Decatur  IL  62521


Dennis A. Brebner and Assoc
860 Northpoint Blvd.
Waukegan  IL  60085


Dept. of Ed/Sallie Mae
PO Box 530267
Atlanta  GA  30374-0267


DISH Network
10 S. Randall Rd.
Algonquin  IL  60102

Dr. Facchiano Eyecare & Assoc.
LensCrafters - Cherryvale Mall UE 265
Rockford, IL 61112

Edgebrook Dermatology PC
Dept. 5498
PO Box 1451
Milwaukee  WI  53201

Elan
PO Box 790299
St. Louis  MO  63179-0299

Elan Financial Services
PO Box 790299
St,. Louis  MO  63179

EOS CCA
700 Longwater Dr.
Norwell  MA  02061

Especially for Women
6361 Abington Dr.
Rockford  IL  61109

Federal Loan Servicing/PHEAA
PO Box 69184
Harrisburg  PA  17106

FHN Memorial Hospital
1045 W Stephenson St.
Freeport  IL  61032

Hickory Point Bank & Trust,FSB
Cardmember Services
PO Box 790408
St. Louis  MO  63179-0408

HSBC Bank
1111b Town Center Drive
Las Vegas, NV 89134


HSBC Bank
1111b Town Center Drive
Las Vegas, NV


HSBC Card Services/ Bergners
PO Box 88000
Baltimore, MD 21288-0001


Ignacio U. Omengan, M.D.
461 N. Mulford Rd., Suite 10
Rockford,  IL 61107


JH Portfolio Debt Equities LLC
PO Box 339
Woodland Hills  CA
91365


John Bonewicz Atty. at Law
350 N. Orleans St.  Suite 300
Chicago  IL  60654


Lens Crafters Inc.
4000 Luxottica Place
Mason, OH 45040


Midwest Credit/ Collection
306 W. Eldorado St.
Decatur  IL  62522


Mathers Clinic
6090 Strathmoor Dr. #1
Rockford  IL  61107

Medtronic
13019 Collection Center Dr.
Chicago  IL  60693


Medtronic
710 Medtronic Pkwy.
Minneapolis  MN  55432


Monterey Collections SVCS
4095 Avenida de la Plata
Oceanside  CA  92056


Mutual Management
401 E State St.  2nd FL
PO Box 4777
Rockford,  IL 61110


Mutual Management Services
401 E. State St. 2nd floor
PO Box 4777
Rockford  IL  61110


Mutual Mgt Services
401 E. State St. 2nd Fl
PO Box 4777
Rockford, IL 61110


NCC
245 Main St.
Dickson City  PA  18519-1641


NCO Financial Systems
600 Holiday Plaza Dr.
Matteson  IL  60443

NORTHEAST Credit Collection
120 N. Keyser Ave.
Scranton PA  18504


Northern IL Imaging
1401 E. State St.
Rockford  IL 61104


Pediatrix-Obstetrix Med. Group
PO Box 504464-RZ
St. Louis  MO  63150-4464


R & B Receivables Management
860 S. Northpoint Blvd.
Waukegan  IL  60085


Radiology Consultants of Rockford
39020 Eagle Way
Chicago  IL  60678


Radiology Consultants of Rockford LTD
39020 Eagle Way
Chicago  IL  60678-1390


Rockford  Associated Clinical Path. Inc.
PO Box 71082
Chicago  IL 60694


Rockford Anesthesiologists Assoc.
PO Box 4569
Rockford  IL  61110-4569


Rockford Clinical Pathologists
PO Box 71082
Chicago  IL  60694-1082

Rockford Mercantile
2502 S Alpine Rd
Rockford IL 61108

Swedish American Hospital
PO Box 310283
Des Moines  IA  50331-0283

Swedish American Hospital MSO
2550 CharlesStreet
Rockford,  IL 61108

Tri State Adjustment Freeport
440 Challenge St.
Freeport  IL  61032

US Asset Management
D.L. Clark building
503 Martindale St.
7th Floor
Pittsburgh  PA  15212-5844

US Cellular
3927 W. Riverside Blvd.
Rockford  IL  61101

Wells Fargo Card Services
PO Box 30086
Los Angeles, CA 90030-0086

WFNNB/Ann Taylor
3100 Easton Square Place
Columbus, OH 43219

WFNNB/Value City Furniture
4590 E. Broad Street
Columbus, OH 43213

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In Re:                                          Bankruptcy Case Number: _____

**Elizabeth L. Evers**
**Timothy C Vahle**


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____


The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Dated:   **8/7/2013**_____          **s/ Elizabeth L. Evers**_____
                                            **Elizabeth L. Evers**
                                                        Debtor


                                            **s/ Timothy C Vahle**_____
                                            **Timothy C Vahle**
                                                        Joint Debtor

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Evers, Elizabeth, L.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Vahle, Timothy, C** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):    **8211** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):    **3308** |
| Street Address of Debtor (No. & Street, City, and State):<br>**219 Welty Avenue**<br>**Rockford  IL**     ZIP CODE   **61107** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**219 Welty Avenue**<br>**Rockford  IL**     ZIP CODE   **61107** |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business:<br>**Winnebago** |
| Mailing Address of Debtor (if different from street address):<br>    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>    ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending:<br>_____ | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Elizabeth L. Evers, Timothy C Vahle |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X  **s/Laura L McGarragan**         **8/7/2013**<br> Signature of Attorney for Debtor(s)      Date<br> **Laura L McGarragan**            **6199753** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Elizabeth L. Evers, Timothy C Vahle |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **s/ Elizabeth L. Evers** | X **Not Applicable** |
| Signature of Debtor    Elizabeth L. Evers | (Signature of Foreign Representative) |
| X **s/ Timothy C Vahle** | |
| Signature of Joint Debtor    Timothy C Vahle | |
| | (Printed Name of Foreign Representative) |
| Telephone Number (If not represented by attorney) | |
| **8/7/2013** | |
| Date | Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **s/Laura L McGarragan** | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| Signature of Attorney for Debtor(s) | |
| **Laura L McGarragan  Bar No.  6199753** | |
| Printed Name of Attorney for Debtor(s) / Bar No. | |
| **McGarragan Law Offices** | |
| Firm Name | |
| **1004 N Main St Rockford IL 61103** | |
| Address | **Not Applicable** |
| | Printed Name and title, if any, of Bankruptcy Petition Preparer |
| **815 961-1111            800 598-0656** | |
| Telephone Number | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **8/7/2013** | |
| Date | |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | Address |
| | X **Not Applicable** |

| **Signature of Debtor (Corporation/Partnership)** | Date |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| X **Not Applicable** | If more than one person prepared this document, attach to the appropriate official form for each person. |
| Signature of Authorized Individual | |
| | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| Printed Name of Authorized Individual | |
| Title of Authorized Individual | |
| Date | |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re **Elizabeth L. Evers   Timothy C Vahle**                Case No. _____
        Debtor(s)                                                      *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑   Active military duty in a military combat zone.

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Elizabeth L. Evers**
                       **Elizabeth L. Evers**

Date:   **8/7/2013**

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re   **Elizabeth L. Evers   Timothy C Vahle**                     Case No. _____
_____
Debtor(s)                                                                        *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❑ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D)  (12/09) – Cont.**

❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑   Active military duty in a military combat zone.

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Timothy C Vahle**
                                   **Timothy C Vahle**

Date:   **8/7/2013**

B6A (Official Form 6A) (12/07)

In re:  **Elizabeth L. Evers   Timothy C Vahle**                              Case No. _____
                                                                                                                    **(If known)**
                        **Debtors**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **219 Welty Ave.**<br>**Rockford  IL  61107** | | **J** | **$ 90,000.00** | **$ 78,041.00** |
| | **Total** ➢ | | **$ 90,000.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **Elizabeth L. Evers   Timothy C Vahle** _____ ,     Case No. _____
                                            **Debtors**                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking** | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture** | J | 900.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | J | 1,200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K** | W | 14,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **ESOP** | W | 300.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Elizabeth L. Evers    Timothy C Vahle** _____ ,     Case No. _____
                                                                              **(If known)**
                    **Debtors**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 VW Jetta** | **H** | **4,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Chevy Equinox** | **W** | **12,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_1_   continuation sheets attached                              Total ▸     **$ 32,520.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Elizabeth L. Evers   Timothy C Vahle**                                    Case No. _____
                                              Debtors                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **219 Welty Ave.**<br>**Rockford  IL  61107** | **735 ILCS 5/12-901** | **15,000.00** | **90,000.00** |
| **2002 VW Jetta** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **4,000.00** |
| **2006 Chevy Equinox** | **735 ILCS 5/12-1001(c)** | **2,000.00** | **12,000.00** |
| **401K** | **735 ILCS 5/12-704** | **14,000.00** | **14,000.00** |
| **Cash** | **735 ILCS 5/12-1001(b)** | **20.00** | **20.00** |
| **Checking** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Clothing** | **735 ILCS 5/12-1001(a),(e)** | **1,200.00** | **1,200.00** |
| **ESOP** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Furniture** | **735 ILCS 5/12-1001(b)** | **900.00** | **900.00** |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6D (Official Form 6D) (12/07)**

In re __Elizabeth L. Evers   Timothy C Vahle__ ,          Case No. _____

Debtors                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  905262********  **Alpine Bank and Trust Co.** 1700 N. Alpine Rd. Rockford  IL  61107 | | W | **2006 Chevy Equinox** _____ **VALUE $12,000.00** | | | | 10,000.00 | 0.00 |
| ACCOUNT NO.  1120009630-0  **CitiMortgage** PO Box 183040 Columbus,  OH 43218-3040 | | | **Mortgage** 219 Welty Ave. Rockford  IL  61107 _____ **VALUE $90,000.00** | | | | 78,041.00 | 0.00 |
| ACCOUNT NO.  212005000924****  **Cornerstone CU** 550 W. Meadows Drive Freeport  IL  61032 | | H | **2002 VW Jetta** _____ **VALUE $4,000.00** | | | | 5,618.00 | 1,618.00 |

<u>0</u>   continuation sheets
attached

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 93,659.00 | $ 1,618.00 |
| $ 93,659.00 | $ 1,618.00 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **Elizabeth L. Evers   Timothy C Vahle**                                           Case No. _____

_____                                                     (If known)
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re  **Elizabeth L. Evers   Timothy C Vahle**_____,      Case No. _____
                                                                            (If known)
                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶ (Totals of this page) | $       **0.00** | $      **0.00** | $       **0.00** |
| Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $       **0.00** | | |
| Total ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $      **0.00** | $       **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Elizabeth L. Evers   Timothy C Vahle**　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　**Debtors**　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐　　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4231-4216** | | | | | | | **256.00** |
| **A. Alliance Collection Agency Inc.** **4180 RFD Route 83 Ste. 208** **Long Grove IL  60047-9582** **Mathers Clinic** **6090 Strathmoor Dr. #1** **Rockford IL  61107** | | | **Medical Collection** **Additional Account # 4216000****** | | | | |
| ACCOUNT NO.   **1040803083** | | H | | | | | **534.00** |
| **Afni, Inc.** **404 Brock Drive** **Bloomington  IL  61701** **US Cellular** **3927 W. Riverside Blvd.** **Rockford IL  61101** | | | **Collection** | | | | |
| ACCOUNT NO.   **41699842** | | | | | | | **12,966.00** |
| **Asset Acceptance LLC** **PO Box 2036** **Warren  MI  48090-2036** **Citibank** **225 West Virginia Street** **Crystal Lake IL  60014** | | | **Collection Acct #s: Citibank - **2584** **Addl. acct #: 4169***** **Case #:  2013-SC-0000375** | | | | |
| ACCOUNT NO.   **232035401951** | | H | | | | | **107.00** |
| **AT&T** **6270 E. State St.** **Rockford IL  61108** | | | **Telecommunications** | | | | |

__12__  Continuation sheets attached

　　　　　　　　　　　　　　　　　　　　　Subtotal ➤ | $ | **13,863.00** |

　　　　　　　　　　　　　　　　　　　　　Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Elizabeth L. Evers   Timothy C Vahle** _____   Case No. _____
                                                        **Debtors**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **291885800** <br><br>**AT&T Mobility** <br>PO Box 6416 <br>Carol Stream IL 60197 <br><br><br>**CBCS** <br>PO BOX 163250 <br>Columbus OH 43216 | | | Telecommunications <br>Additional Acct # 426****; 03-1068363 | | | | 339.00 |
| ACCOUNT NO. **517805961894**** <br><br>**Capital One** <br>PO Box 30281 <br>Salt Lake City UT 84130 | | | Charge Card <br>Addl. acct. #: 517805968573**** | | | | 279.00 |
| ACCOUNT NO. **702127216812**** <br><br>**Capital One Best Buy** <br>PO Box 5253 <br>Carol Stream IL 60197 | | H | Charge Card | | | | 21.00 |
| ACCOUNT NO. **219319138** <br><br>**CBE Group** <br>131 Tower Park Dr. <br>Suite 100 <br>Waterloo IA 50701 <br><br>**DISH Network** <br>10 S. Randall Rd. <br>Algonquin IL 60102 | | | Collection | | | | 324.00 |

**12** Continuation sheets attached

Sheet no. _1_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims



Subtotal ➤ $              **963.00**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elizabeth L. Evers   Timothy C Vahle**_____   Case No. _____

**Debtors**                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2426******* <br><br> **CCS Collections** <br>**159 SE 2nd** <br>**PO Box 713** <br>**Hillsboro  OR  97123-0713** | | | **Collection** | | | | **155.00** |
| ACCOUNT NO.   **540168308684*** <br><br> **Chase Bank USA** <br>**Attn: Correspondence Dept.** <br>**PO Box 15298** <br>**Wilmington  DE  19850-5298** | | **J** | **Credit Card** | | | | **178.00** |
| ACCOUNT NO.   **211005000924******* <br><br> **Cornerstone CU** <br>**550 W. Meadows Dr.** <br>**Freeport  IL 61032** | | | **Unsecured Loan** | | | | **718.00** |
| ACCOUNT NO.   **6008733** <br><br> **Credit Control  LLC** <br>**5757 Phantom Dr.  Suite 330** <br>**Hazelwood  MO  63042** <br><br><br> **JH Portfolio Debt Equities LLC** <br>**PO Box 339** <br>**Woodland Hills  CA** <br>**91365** | | | **Collection - Addl acct#: ***1724** | | | | **1,297.00** |

_12_  Continuation sheets attached

Sheet no. _2_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ | $ | **2,348.00**

Total  ➤ | $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elizabeth L. Evers   Timothy C Vahle**                          Case No. _____
                                                                         **Debtors**                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4447 9622 0592 6649** <br><br> **Credit One Bank** <br> **PO Box 98873** <br> **Las Vegas NV  89193** | | | **Credit Card** | | | | **414.00** |
| ACCOUNT NO.  **618106000040*****  <br><br> **Creditors Protection SVC** <br> **202 W. State St.  Suite 300** <br> **Rockford IL 61101** | | | **Collection** | | | | **424.00** |
| ACCOUNT NO.  **108130*******  <br><br> **Decatur Athletic Club** <br> **101 W. South Side Dr.** <br> **Decatur  IL  62521** <br><br><br> **Midwest Credit/ Collection** <br> **306 W. Eldorado St.** <br> **Decatur  IL  62522** | | | **Club Fee** | | | | **1,035.00** |
| ACCOUNT NO.  **L00100262971** <br><br> **Dennis A. Brebner and Assoc** <br> **860 Northpoint Blvd.** <br> **Waukegan IL  60085** <br><br><br> **Swedish American Hospital MSO** <br> **2550 CharlesStreet** <br> **Rockford,  IL 61108** | | | **Medical Collection** <br> **Additional Acct #'s L00107799066** | | | | **7,998.00** |

<u>12</u>  Continuation sheets attached

Sheet no. <u>3</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **9,871.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elizabeth L. Evers   Timothy C Vahle**_____   Case No. _____
                              **Debtors**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **9279**********<br><br>**Dept. of Ed/Sallie Mae**<br>**PO Box 530267**<br>**Atlanta  GA  30374-0267** | | | **Student loans** | | | | **25,000.00** |
| ACCOUNT NO.   ********** <br><br>**Dr. Facchiano Eyecare & Assoc.**<br>**LensCrafters - Cherryvale Mall UE 265**<br>**Rockford, IL 61112** | | | **Medical Collection**<br>**Claim # 99921440291** | | | | **35.00** |
| ACCOUNT NO.   **164294**<br><br>**Edgebrook Dermatology PC**<br>**Dept. 5498**<br>**PO Box 1451**<br>**Milwaukee  WI  53201**<br><br>**Mutual Mgt Services**<br>**401 E. State St. 2nd Fl**<br>**PO Box 4777**<br>**Rockford, IL 61110** | | | **Medical - Additonal Account #;s**<br>**210000538** | | | | **193.00** |
| ACCOUNT NO.   **442828228500**********<br><br>**Elan Financial Services**<br>**PO Box 790299**<br>**St,. Louis  MO  63179**<br><br><br>**CACH, LLC**<br>**4340 S. Monaco, 2nd Floor**<br>**Denver, CO 80237** | | | **Credit Card**<br>**Additional Acct # 8282285002911****<br>**CACH LLC Acct # 12001890***** | | | | **5,213.00** |

_12_   Continuation sheets attached

Sheet no. _4_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                          **30,441.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elizabeth L. Evers   Timothy C Vahle**  _____    Case No. _____
_____
Debtors                                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4266302** | | | Collection | | | | 340.00 |
| **EOS CCA**<br>**700 Longwater Dr.**<br>**Norwell  MA  02061**<br><br>**US Asset Management**<br>**D.L. Clark building**<br>**503 Martindale St.**<br>**7th Floor**<br>**Pittsburgh  PA  15212-5844** | | | | | | | |
| ACCOUNT NO.  **101394** | | | Medical | | | | 60.00 |
| **Especially for Women**<br>**6361 Abington Dr.**<br>**Rockford IL  61109** | | | | | | | |
| ACCOUNT NO.  **9399656264FD0****** | | H | Student Loan | | | | 15,414.00 |
| **Federal Loan Servicing/PHEAA**<br>**PO Box 69184**<br>**Harrisburg  PA  17106** | | | | | | | |
| ACCOUNT NO.  **4428 2822 8500 2911** | | | Credit Card<br>Add Acct # 2300646808**** | | | | 136.00 |
| **Hickory Point Bank & Trust,FSB**<br>**Cardmember Services**<br>**PO Box 790408**<br>**St. Louis  MO  63179-0408** | | | | | | | |

_12_  Continuation sheets attached

Sheet no. _5_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                  **15,950.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elizabeth L. Evers   Timothy C Vahle**                    Case No. _____
_____
                        **Debtors**                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **540633008571\*\*\*\***<br><br>**HSBC Bank**<br>**1111b Town Center Drive**<br>**Las Vegas, NV** | | | **Credit Card**<br>**Additional Acct # 33008571\*\*\*\*** | | | | 0.00 |
| ACCOUNT NO.   **60113810\*\*\*\***<br><br>**HSBC Bank**<br>**1111b Town Center Drive**<br>**Las Vegas, NV 89134** | | | **Revolving Account** | | | | 15.00 |
| ACCOUNT NO.   **547589\*\*\***<br><br>**HSBC Bank**<br>**1111b Town Center Drive**<br>**Las Vegas, NV 89134** | | | **Foreclosure - Real Estate Mortgage** | | | | 263.00 |
| ACCOUNT NO.   **700687\*\*\*\*\***<br><br>**HSBC Card Services/ Bergners**<br>**PO Box 88000**<br>**Baltimore, MD 21288-0001** | | | **Charge Account** | | | | 22.00 |
| ACCOUNT NO.   **EVEEL000**<br><br>**Ignacio U. Omengan, M.D.**<br>**461 N. Mulford Rd., Suite 10**<br>**Rockford,  IL 61107** | | J | **Medical** | | | | 20.00 |

<u>12</u>   Continuation sheets attached

Sheet no.  <u>6</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  

$                    320.00

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elizabeth L. Evers    Timothy C Vahle**                              Case No. _____
                                   **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **120018907872**<br><br>**John Bonewicz Atty. at Law**<br>**350 N. Orleans St.  Suite 300**<br>**Chicago  IL  60654**<br><br><br>**Elan**<br>**PO Box 790299**<br>**St. Louis  MO  63179-0299** | | | Collection | | | | 622.00 |
| ACCOUNT NO.  **000000000810045**<br><br>**Lens Crafters Inc.**<br>**4000 Luxottica Place**<br>**Mason, OH 45040** | | | Medical | | | | 118.00 |
| ACCOUNT NO.  **357167**<br><br>**Medtronic**<br>**13019 Collection Center Dr.**<br>**Chicago  IL  60693** | | H | Medical | | | | 290.00 |
| ACCOUNT NO.  **502357577**<br><br>**Monterey Collections SVCS**<br>**4095 Avenida de la Plata**<br>**Oceanside  CA  92056**<br><br><br>**Medtronic**<br>**710 Medtronic Pkwy.**<br>**Minneapolis MN  55432** | | H | Collection | | | | 1,166.00 |

_12_  Continuation sheets attached

Sheet no. _7_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                    **2,196.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elizabeth L. Evers   Timothy C Vahle**

Case No. _____

Debtors

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **36588** | | | | | | | 362.00 |
| **Mutual Management** **401 E State St.  2nd FL** **PO Box 4777** **Rockford,  IL 61110** **Northern IL Imaging** **1401 E. State St.** **Rockford  IL 61104** | | | Medical Collection - Addtional Acct # 1046**** | | | | |
| ACCOUNT NO.  **33751653** | | | | | | | 588.00 |
| **NCC** **245 Main St.** **Dickson City  PA  18519-1641** **Swedish American Hospital MSO** **2550 CharlesStreet** **Rockford, IL 61108** | | | Medical Collection | | | | |
| ACCOUNT NO.  **1702***** | | | | | | | 990.00 |
| **NCO Financial Systems** **600 Holiday Plaza Dr.** **Matteson IL  60443** | | | Collection - Addl acct #s: 1693***, 1722****, 1725 ****, 1669***,1699**** | | | | |
| ACCOUNT NO.  **D337516***** | | | | | | | 108.00 |
| **NORTHEAST Credit Collection** **120 N. Keyser Ave.** **Scranton PA  18504** | | | Collection | | | | |

_12_  Continuation sheets attached

Sheet no.  _8_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **2,048.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elizabeth L. Evers   Timothy C Vahle**                          Case No. _____
_____
Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **PVA907619827**<br><br>**Pediatrix-Obstetrix Med. Group**<br>**PO Box 504464-RZ**<br>**St. Louis  MO  63150-4464** | | | **Medical** | | | | **764.00** |
| ACCOUNT NO.   **109341\*\*\*\***<br><br>**R & B Receivables Management**<br>**860 S. Northpoint Blvd.**<br>**Waukegan  IL  60085** | | | **Collection**<br>**Additional Acct # 112219\*\*\*\*\*\*** | | | | **875.00** |
| ACCOUNT NO.   **100582**<br><br>**Radiology Consultants of Rockford**<br>**39020 Eagle Way**<br>**Chicago  IL  60678**<br><br><br>**ATG Credit, LLC**<br>**PO Box 14895**<br>**Chicago  IL**<br>**60614-4895** | | | **Medical** | | | | **111.00** |
| ACCOUNT NO.   **193025\*\*\***<br><br>**Radiology Consultants of Rockford LTD**<br>**39020 Eagle Way**<br>**Chicago  IL  60678-1390** | | H | **Medical-Addl acct #: 100582** | | | | **36.00** |

<u>12</u>   Continuation sheets attached

Sheet no.  <u>9</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $                              **1,786.00**

Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elizabeth L. Evers   Timothy C Vahle**                              Case No. _____
                                                    **Debtors**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **RAC 71017**<br><br>**Rockford  Associated Clinical Path. Inc.**<br>**PO Box 71082**<br>**Chicago  IL 60694** | | | **Medical** | | | | 85.00 |
| ACCOUNT NO.   **260358**<br><br>**Rockford Anesthesiologists Assoc.**<br>**PO Box 4569**<br>**Rockford  IL  61110-4569** | | | **Medical** | | | | 87.00 |
| ACCOUNT NO.   **RAC 166455**<br><br>**Rockford Clinical Pathologists**<br>**PO Box 71082**<br>**Chicago  IL  60694-1082** | | J | **Medical - addl acct#: RAC 71017, RAC136529** | | | | 1,032.00 |
| ACCOUNT NO.<br><br>**Rockford Mercantile**<br>**2502 S Alpine Rd**<br>**Rockford IL 61108**<br><br><br>**FHN Memorial Hospital**<br>**1045 W Stephenson St.**<br>**Freeport  IL  61032** | | H | **Collection/Medical**<br>**Acct #s:  AH4229, AH4235, AK5316, PP4806** | | | | 1,513.00 |

_12_  Continuation sheets attached

Sheet no. _10_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ | $ | **2,717.00**

Total  ➢ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elizabeth L. Evers   Timothy C Vahle**
_____
**Debtors**

Case No. _____
**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **L0012006352** <br><br> **Swedish American Hospital** <br> **PO Box 310283** <br> **Des Moines  IA  50331-0283** <br><br><br> **Mutual Management Services** <br> **401 E. State St. 2nd floor** <br> **PO Box 4777** <br> **Rockford IL  61110** | | **J** | **Medical: Acct #s L0012006352, L00119847838, L100039806, L00119847119, L00106345796, L00115133860, L00115707861, L00114972136, L00115133597, L0115025868, 100436995, L00115036402, D337516****,** | | | | **11,797.00** |
| ACCOUNT NO.   **11693B** <br><br> **Tri State Adjustment Freeport** <br> **440 Challenge St.** <br> **Freeport  IL  61032** <br><br><br> **Aero Group Inc.** <br> **216 E. Stephenson St.** <br> **Freeport IL  61032** | | **H** | **Collection** | | | | **524.00** |
| ACCOUNT NO.   **414730782448****** <br><br> **Wells Fargo Card Services** <br> **PO Box 30086** <br> **Los Angeles, CA 90030-0086** | | | **Credit Card** | | | | **10.00** |
| ACCOUNT NO.   **58563730******** <br><br> **WFNNB/Ann Taylor** <br> **3100 Easton Square Place** <br> **Columbus, OH 43219** | | | **Credit Card** | | | | **415.00** |

_12_  Continuation sheets attached

Sheet no. _11_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ | **12,746.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Elizabeth L. Evers   Timothy C Vahle** _____      Case No. _____
                                                                                              _____
                                           **Debtors**                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>(See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT<br>OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **58563707****** | | | | | | | 1,575.00 |
| **WFNNB/Value City Furniture**<br>**4590 E. Broad Street**<br>**Columbus, OH 43213**<br><br><br>**Comenity Bank**<br>**PO Box 182273**<br>**Columbus, OH 43218** | | | **Revolving Charge Account** | | | | |

__12__  Continuation sheets attached

Sheet no. __12__ of __12__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ | $ | 1,575.00

Total ➢ | $ | 96,824.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Laura L McGarragan   6199753
**McGarragan Law Offices**
**1004 N Main St**
**Rockford IL 61103**


**815 961-1111**
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In Re:
Debtor:  **Elizabeth L. Evers**                    Case No:
Social Security Number:  **8211**
                                                   Chapter  **7**
Joint Debtor:  **Timothy C Vahle**
Social Security Number:  **3308**                  Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1.  **A. Alliance Collection Agency Inc.**<br>**4180 RFD Route 83 Ste. 208**<br>**Long Grove IL  60047-9582** | **Unsecured Claims** | **$   256.00** |
| 2.  **Afni, Inc.**<br>**404 Brock Drive**<br>**Bloomington  IL  61701** | **Unsecured Claims** | **$   534.00** |
| 3.  **Alpine Bank and Trust Co.**<br>**1700 N. Alpine Rd.**<br>**Rockford  IL  61107** | **Secured Claims** | **$ 10,000.00** |
| 4.  **Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren  MI  48090-2036** | **Unsecured Claims** | **$ 12,966.00** |
| 5.  **AT&T**<br>**6270 E. State St.**<br>**Rockford  IL  61108** | **Unsecured Claims** | **$   107.00** |

Numbered Listing of Creditors - Page 1

In re:  **Elizabeth L. Evers**
     **Timothy C Vahle**

Case No. _____

| | | | |
|---|---|---|---|
| **6.** | **AT&T Mobility**<br>**PO Box 6416**<br>**Carol Stream  IL  60197** | **Unsecured Claims** | **$   339.00** |
| **7.** | **Capital One**<br>**PO Box 30281**<br>**Salt Lake City  UT  84130** | **Unsecured Claims** | **$   279.00** |
| **8.** | **Capital One Best Buy**<br>**PO Box 5253**<br>**Carol Stream  IL  60197** | **Unsecured Claims** | **$    21.00** |
| **9.** | **CBE Group**<br>**131 Tower Park Dr.**<br>**Suite 100**<br>**Waterloo  IA  50701** | **Unsecured Claims** | **$   324.00** |
| **10.** | **CCS Collections**<br>**159 SE 2nd**<br>**PO Box 713**<br>**Hillsboro  OR  97123-0713** | **Unsecured Claims** | **$   155.00** |
| **11.** | **Chase Bank USA**<br>**Attn: Correspondence Dept.**<br>**PO Box 15298**<br>**Wilmington  DE  19850-5298** | **Unsecured Claims** | **$   178.00** |
| **12.** | **CitiMortgage**<br>**PO Box 183040**<br>**Columbus,  OH 43218-3040** | **Secured Claims** | **$ 78,041.00** |
| **13.** | **Cornerstone CU**<br>**550 W. Meadows Dr.**<br>**Freeport IL 61032** | **Unsecured Claims** | **$   718.00** |
| **14.** | **Cornerstone CU**<br>**550 W. Meadows Drive**<br>**Freeport IL  61032** | **Secured Claims** | **$ 5,618.00** |

In re:   **Elizabeth L. Evers**
**Timothy C Vahle**

Case No. _____

| | | | |
|---|---|---|---|
| 15. | **Credit Control LLC**<br>5757 Phantom Dr.  Suite 330<br>Hazelwood  MO  63042 | **Unsecured Claims** | $  1,297.00 |
| 16. | **Credit One Bank**<br>PO Box 98873<br>Las Vegas NV  89193 | **Unsecured Claims** | $  414.00 |
| 17. | **Creditors Protection SVC**<br>202 W. State St.  Suite 300<br>Rockford IL  61101 | **Unsecured Claims** | $  424.00 |
| 18. | **Decatur Athletic Club**<br>101 W. South Side Dr.<br>Decatur IL  62521 | **Unsecured Claims** | $  1,035.00 |
| 19. | **Dennis A. Brebner and Assoc**<br>860 Northpoint Blvd.<br>Waukegan IL  60085 | **Unsecured Claims** | $  7,998.00 |
| 20. | **Dept. of Ed/Sallie Mae**<br>PO Box 530267<br>Atlanta  GA  30374-0267 | **Unsecured Claims** | $ 25,000.00 |
| 21. | **Dr. Facchiano Eyecare & Assoc.**<br>LensCrafters - Cherryvale Mall UE 265<br>Rockford, IL 61112 | **Unsecured Claims** | $  35.00 |
| 22. | **Edgebrook Dermatology PC**<br>Dept. 5498<br>PO Box 1451<br>Milwaukee  WI  53201 | **Unsecured Claims** | $  193.00 |
| 23. | **Elan Financial Services**<br>PO Box 790299<br>St,. Louis  MO  63179 | **Unsecured Claims** | $  5,213.00 |

In re:   **Elizabeth L. Evers**
**Timothy C Vahle**

Case No. _____

| | | |
|---|---|---|
| **24 .** | **EOS CCA**<br>**700 Longwater Dr.**<br>**Norwell  MA  02061** | **Unsecured Claims**       $   340.00 |
| **25 .** | **Especially for Women**<br>**6361 Abington Dr.**<br>**Rockford  IL  61109** | **Unsecured Claims**       $    60.00 |
| **26 .** | **Federal Loan Servicing/PHEAA**<br>**PO Box 69184**<br>**Harrisburg  PA  17106** | **Unsecured Claims**       $ 15,414.00 |
| **27 .** | **Hickory Point Bank & Trust,FSB**<br>**Cardmember Services**<br>**PO Box 790408**<br>**St. Louis  MO  63179-0408** | **Unsecured Claims**       $   136.00 |
| **28 .** | **HSBC Bank**<br>**1111b Town Center Drive**<br>**Las Vegas, NV 89134** | **Unsecured Claims**       $   263.00 |
| **29 .** | **HSBC Bank**<br>**1111b Town Center Drive**<br>**Las Vegas, NV 89134** | **Unsecured Claims**       $    15.00 |
| **30 .** | **HSBC Bank**<br>**1111b Town Center Drive**<br>**Las Vegas, NV** | **Unsecured Claims**       $     0.00 |
| **31 .** | **HSBC Card Services/ Bergners**<br>**PO Box 88000**<br>**Baltimore, MD 21288-0001** | **Unsecured Claims**       $    22.00 |
| **32 .** | **Ignacio U. Omengan, M.D.**<br>**461 N. Mulford Rd., Suite 10**<br>**Rockford,  IL 61107** | **Unsecured Claims**       $    20.00 |

In re:  **Elizabeth L. Evers**
**Timothy C Vahle**

Case No. _____

| | | |
|---|---|---|
| **33.** | **John Bonewicz Atty. at Law**<br>**350 N. Orleans St.  Suite 300**<br>**Chicago  IL  60654** | **Unsecured Claims** | **$   622.00** |
| **34.** | **Lens Crafters Inc.**<br>**4000 Luxottica Place**<br>**Mason, OH 45040** | **Unsecured Claims** | **$   118.00** |
| **35.** | **Medtronic**<br>**13019 Collection Center Dr.**<br>**Chicago  IL  60693** | **Unsecured Claims** | **$   290.00** |
| **36.** | **Monterey Collections SVCS**<br>**4095 Avenida de la Plata**<br>**Oceanside  CA  92056** | **Unsecured Claims** | **$  1,166.00** |
| **37.** | **Mutual Management**<br>**401 E State St.  2nd FL**<br>**PO Box 4777**<br>**Rockford,  IL 61110** | **Unsecured Claims** | **$   362.00** |
| **38.** | **NCC**<br>**245 Main St.**<br>**Dickson City  PA  18519-1641** | **Unsecured Claims** | **$   588.00** |
| **39.** | **NCO Financial Systems**<br>**600 Holiday Plaza Dr.**<br>**Matteson IL  60443** | **Unsecured Claims** | **$   990.00** |
| **40.** | **NORTHEAST Credit Collection**<br>**120 N. Keyser Ave.**<br>**Scranton PA  18504** | **Unsecured Claims** | **$   108.00** |
| **41.** | **Pediatrix-Obstetrix Med. Group**<br>**PO Box 504464-RZ**<br>**St. Louis  MO  63150-4464** | **Unsecured Claims** | **$   764.00** |

In re:   **Elizabeth L. Evers**
**Timothy C Vahle**

| | | | |
|---|---|---|---|
| 42 . | **R & B Receivables Management**<br>**860 S. Northpoint Blvd.**<br>**Waukegan IL  60085** | **Unsecured Claims** | **$    875.00** |
| 43 . | **Radiology Consultants of Rockford**<br>**39020 Eagle Way**<br>**Chicago  IL  60678** | **Unsecured Claims** | **$    111.00** |
| 44 . | **Radiology Consultants of Rockford LTD**<br>**39020 Eagle Way**<br>**Chicago  IL  60678-1390** | **Unsecured Claims** | **$     36.00** |
| 45 . | **Rockford  Associated Clinical Path. Inc.**<br>**PO Box 71082**<br>**Chicago  IL 60694** | **Unsecured Claims** | **$     85.00** |
| 46 . | **Rockford Anesthesiologists Assoc.**<br>**PO Box 4569**<br>**Rockford  IL  61110-4569** | **Unsecured Claims** | **$     87.00** |
| 47 . | **Rockford Clinical Pathologists**<br>**PO Box 71082**<br>**Chicago  IL  60694-1082** | **Unsecured Claims** | **$  1,032.00** |
| 48 . | **Rockford Mercantile**<br>**2502 S Alpine Rd**<br>**Rockford IL 61108** | **Unsecured Claims** | **$  1,513.00** |
| 49 . | **Swedish American Hospital**<br>**PO Box 310283**<br>**Des Moines  IA  50331-0283** | **Unsecured Claims** | **$ 11,797.00** |
| 50 . | **Tri State Adjustment Freeport**<br>**440 Challenge St.**<br>**Freeport  IL  61032** | **Unsecured Claims** | **$    524.00** |

In re:  **Elizabeth L. Evers**
**Timothy C Vahle**

Case No. _____

51. **Wells Fargo Card Services**
**PO Box 30086**
**Los Angeles, CA 90030-0086**

**Unsecured Claims**

**$      10.00**

52. **WFNNB/Ann Taylor**
**3100 Easton Square Place**
**Columbus, OH 43219**

**Unsecured Claims**

**$    415.00**

53. **WFNNB/Value City Furniture**
**4590 E. Broad Street**
**Columbus, OH 43213**

**Unsecured Claims**

**$  1,575.00**

In re:   **Elizabeth L. Evers**
     **Timothy C Vahle**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Elizabeth L. Evers**, and I, **Timothy C Vahle**, named as debtors in this case, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors, consisting of **7 sheets** (not including this declaration), and that it is true and correct to the best of our information and belief.

Signature:   **s/ Elizabeth L. Evers** _____
            **Elizabeth L. Evers**

Dated:   **8/7/2013** _____

Signature:   **s/ Timothy C Vahle** _____
            **Timothy C Vahle**

Dated:   **8/7/2013** _____

**B6G (Official Form 6G) (12/07)**

In re: **Elizabeth L. Evers    Timothy C Vahle**                    Case No. _____
_____,
                                    **Debtors**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Elizabeth L. Evers    Timothy C Vahle**                    Case No. _____
                                    _____
                                    **Debtors**                                              **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

B6I (Official Form 6I) (12/07)

| In re | Elizabeth L. Evers Timothy C Vahle | | Case No. | |
|---|---|---|---|---|
| | Debtors | | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **Son** | AGE(S): **1** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Bank Manager** | **Machine Operator** |
| Name of Employer | **Fifth Third Bank** | **Anderson Brecon** |
| How long employed | | |
| Address of Employer | **1111 S. Alpine Road**<br>**Rockford IL 61108** | **4545 Assembly Drive**<br>**Rockford  IL 61109** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | **4,230.40** | $ | **1,355.77** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **4,230.40** | $ | **1,355.77** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **1,018.34** | $ | **243.45** |
|    b. Insurance | $ | **363.26** | $ | **257.88** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify)   **401k** | $ | **211.52** | $ | **89.61** |
|        **Dep. Life Ins.** | $ | **7.02** | $ | **0.00** |
|        **Stck Purchase** | $ | **10.00** | $ | **0.00** |
|        **Vol AD&D** | $ | **12.24** | $ | **0.00** |
|        **Vol. Life Ins** | $ | **5.28** | $ | **14.39** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,627.66** | $ | **605.32** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,602.74** | $ | **750.45** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ | **0.00** |
| 11. Social security or other government assistance (Specify) | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify) | $ | **0.00** | $ | **0.00** |

**B6I (Official Form 6I) (12/07) - Cont.**

**In re**   **Elizabeth L. Evers Timothy C Vahle**                              **Case No.** _____

                                        **Debtors**                                          **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| | | |
|---|---|---|
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ _____ 0.00 | $ _____ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ _____ 2,602.74 | $ _____ 750.45 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3,353.19 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.: _____

**NONE** _____

_____

B6J (Official Form 6J) (12/07)

In re **Elizabeth L. Evers Timothy C Vahle**_____,    Case No. _____
                                    **Debtors**                                              **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 654.00 |
| a. Are real estate taxes included?    Yes _____    No ✓ | | |
| b. Is property insurance included?    Yes _____    No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 250.00 |
| b. Water and sewer | $ | 40.00 |
| c. Telephone | $ | 140.00 |
| d. Other **Internet/Cable** | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 75.00 |
| 4. Food | $ | 550.00 |
| 5. Clothing | $ | 75.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 75.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 250.00 |
| e. Other_____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 324.00 |
| b. Other **2006 Chevy Equinox** | $ | 363.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other_____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,346.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 3,353.19 |
| b. Average monthly expenses from Line 18 above | $ | 3,346.00 |
| c. Monthly net income (a. minus b.) | $ | 7.19 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Elizabeth L. Evers    Timothy C Vahle** _____,    Case No. _____

Debtors    Chapter  **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   0.00 |
| TOTAL | $   0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   3,353.19 |
| Average Expenses (from Schedule J, Line 18) | $   3,346.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   5,586.17 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   2,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   96,824.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   98,824.00 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court

## Northern District of Illinois

In re **Elizabeth L. Evers    Timothy C Vahle** ,

Debtors

Case No. _____

Chapter   7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $    90.000.00 | | |
| B - Personal Property | YES | 2 | $    32.520.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $    93.659.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $    0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 13 | | $    96.824.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $    3.353.19 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $    3.346.00 |
| TOTAL | | 25 | $    122,520.00 | $    190,483.00 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Elizabeth L. Evers   Timothy C Vahle** _____      Case No. _____
                                    **Debtors**                                                      **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**27**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **8/7/2013** _____          Signature:  **s/ Elizabeth L. Evers** _____
                                                      **Elizabeth L. Evers**
                                                                       Debtor

Date:  **8/7/2013** _____          Signature:  **s/ Timothy C Vahle** _____
                                                      **Timothy C Vahle**
                                                              (Joint Debtor, if any)

                                             [If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:  **Elizabeth L. Evers   Timothy C Vahle**                                    ,        Case No. _____

Debtors                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **46,100.00** | **Income - Debtor** | **2011** |
| **18,800.00** | **Income - Joint Debtor** | **2011** |
| **47,650.00** | **Income - Debtor** | **2012** |
| **21,200.00** | **Income - Joint Debtor** | **2012** |
| **16,150.00** | **Income - Joint Debtor - YTD** | **2013** |
| **33,175.00** | **Income - Debtor -  YTD** | **2013** |

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Asset Acceptance LLC vs. Elizabeth L. Evers**     **2013-SC-0000375** | **Collection** | **Winnebago County Circuit Court** **400 East State Street** **Rockford, IL 61101** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5.   Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND ADDRESS<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|---|

## 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON<br>OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR,<br>IF ANY | DATE<br>OF GIFT | DESCRIPTION<br>AND VALUE OF<br>GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE OF<br>PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **McGarragan Law Offices**<br>**1004 N Main St**<br>**Rockford IL 61103** | **4-25-13** | **$1100** |
| **Start Fresh Today Instructional, LLC**<br>**Starfreshtoday.com** | **3-02-13** | **$30** |

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

5

## 14. Property held for another person

None

☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None

☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

☑

a.     List  the  name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☑

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑     c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑     a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑     b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  8/7/2013      Signature of Debtor    **s/ Elizabeth L. Evers**
                                                **Elizabeth L. Evers**

Date  8/7/2013      Signature of Joint Debtor (if any)    **s/ Timothy C Vahle**
                                                 **Timothy C Vahle**

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re _____ **Elizabeth L. Evers    Timothy C Vahle** _____          Case No. _____
Debtors                                                                                                   Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No.  1 |
|---|

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Alpine Bank and Trust Co.** | **2006 Chevy Equinox** |

Property will be *(check one)*:
☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☑ Claimed as exempt                    ☐ Not claimed as exempt

| Property No.  2 |
|---|

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **CitiMortgage** | **219 Welty Ave.**<br>**Rockford  IL  61107** |

Property will be *(check one)*:
☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☑ Claimed as exempt                    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                 Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br><br>**Cornerstone CU** | **Describe Property Securing Debt:**<br><br>**2002 VW Jetta** |

Property will be *(check one)*:

    ☐ Surrendered     ☑ Retained

If retaining the property, I intend to *(check at least one)*:

    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

    ☑ Claimed as exempt         ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

   _0_   continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **8/7/2013** _____

                                     **s/ Elizabeth L. Evers** _____
                                     **Elizabeth L. Evers**
                                     Signature of Debtor

                                     **s/ Timothy C Vahle** _____
                                     **Timothy C Vahle**
                                     Signature of Joint Debtor (if any)